Le Roy J. Fryman, Plaintiff-Appellee, v. Mary A. Fryman, Defendant-Appellant.

**Gen. No. 9,994.** 

Third District.

March 31, 1955.

Rehearing denied April 27, 1955.

Released for publication April 27, 1955.

Louis L. Mason, for appellant; Rosenberg & Rosenberg, for appellee; Joseph L. Rosenberg, and Emanuel Rosenberg, of counsel. Opinion by JUSTICE REYNOLDS. Not to be published in full.